# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| NATHAN SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-05120-CV-SW-SRB |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On July 28, 2015, the Court heard oral argument on *Plaintiff's Social Security Brief,* filed February 12, 2015, [Doc. #8] and *Brief for Defendant*, filed May 27, 2015 [Doc. #14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


Dated: July 30, 2015            /s/ Stephen R. Bough
                                STEPHEN R. BOUGH
                                UNITED STATES DISTRICT JUDGE